EXHIBIT B

# American Diversified Holdings Corp.

WRITTEN CONSENT OF THE BOARD OF DIRECTORS TO
TAKE ACTION

June 6, 2019, 2019

---

The undersigned, comprising the Board of Directors of **American Diversified Holdings Corp. ("ADHC")**, a Nevada corporation ("ADHC" or the "Company"), acting pursuant to the provisions of the General Corporation Law of the State of NEVADA, and the Company's Bylaws, do hereby waive all notice of the time, place and purpose of a special meeting and hereby consent and agree to the adoption of the following resolutions, with the same force and effect as if made at a duly convened and held meeting of the Board of Directors of the Company.

**WHEREAS**, the Board of Directors deem it to be in the Company's best interest to accept the resignation of **Ernest B. Remo** for any/all Officer positions, and/or Director positions of the Company, American Diversified Holdings Corp., simultaneously accepting the Appointment of **Alex Sentic** as Chief Executive Officer of the Company, effective immediately.

**NOW THEREFORE, BE IT RESOLVED,** that the proper officers of the Company be and they hereby are authorized and directed to deliver this resolution to the Company's Transfer Agent and Counsel so that the appointment may be changed for the record.

**RESOLVED**, that the officers and directors of the Company are hereby authorized, empowered and directed to execute such action, in the form required by the Bylaws and applicable law, and to take all steps and perform all such acts and things as may appear in such officer's discretion to be necessary or advisable in order to fully carry out the intent and effectuate the purpose of the foregoing resolutions.

**FURTHER RESOLVED**, that all acts and deeds done by any officer or director of the Company intended to carry out the intent of the foregoing resolutions are hereby ratified and approved.

This Action by Written Consent may be executed in counterparts, each of which shall be deemed an original and all of which, taken together, shall constitute one and the same instrument and shall be filed with the minutes of the proceedings of the Board of Directors. This Action by Written Consent shall be effective as of the date first set forth above. Facsimile and electronic signatures shall be deemed to have the same effect as originals.

ACCEPTED BY:   American Diversified Holdings Corporation ("ADHC")

_____
Ernest B. Remo, Resigning CEO

_____
Alex Sentic, Incoming CEO

**Board Resolution**                                                                                              Page 1 of 1

June 6, 2019

**American Diversified Holdings Corporation**

**OBJECT: RESIGNATION**

---

To the Board,

At this time, I feel it would be in the best interest of the Company, American Diversified Holdings Corporation, and myself, to resign from all my positions with the Company. Said positions include any/all Director positions and any/all Officer positions held with the Company, effective immediately.

Therefore, I am submitting my resignation effective 06/06/2019.

Sincerely,

Ernest B. Remo
American Diversified Holdings Corporation. Resigning Chairman/CEO

RESOLUTION BY SOLE MEMBER OF THE BOARD

OF THE BOARD OF DIRECTORS

OF

AMERICAN DIVERSIFIED HOLDINGS CORPORATION

The undersigned, being the sole member of the board of directors (the "Board of Directors") of American Diversified Holdings Corporation, A Nevada corporation (the "Corporation"), hereby consent, pursuant to the By-Laws of the Corporation and the business and corporate laws of the State of Nevada, particularly Section 78.390 of the Nevada Revised Statutes, to the adoption of the following resolutions set forth in Exhibit A attached hereto, without a meeting with the same force and effect as if said resolutions had been duly adopted at a meeting of the Board of Directors:

This unanimous Written Consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which taken together, shall constitute one and the same Unanimous Written Consent.

IN WITNESS THEREOF, the undersigned has executed this unanimous Written Consent as of this 13th day of June, 2019

Members of the Board of Directors:

_____

Ernest B. Remo
Chairman/CEO

EXHIBIT A

WHEREAS, THE Board of Directors of the Corporation deem it in the best interests of the Corporation, NOW, THEREFORE, BE IT:

RESOLVED: That the Board of Directors hereby appoints Daniel Sobolowski as interim CEO and sole director and Alexander Sentic as interim COO until such time as a proposed merger is completed and a new Board of Directors and management team is installed and further,

RESOLVED: That the Board hereby accepts the resignation of Ernest B. Remo as Chairman/CEO and sole director.

RESOLVED: that any executive officer of the Corporation be, and each of them hereby is, authorized, empowered and directed, from time to time, to take such additional action and to execute, verify, deliver, file and record with the appropriate judicial, public and governmental authorities, or any other persons or entity as any such officer of the Corporation may deem necessary, appropriate or proper to implement the provisions of the forgoing resolutions and to consummate the transactions contemplated thereby, the execution certification, delivery, filing and recording of such agreements, documents and instruments and the taking of such action to be conclusive evidence of the authority therefore; and further,

RESOLVED: That the warrants to be issued and referenced will be issued validly and the Company shall indemnify and hold harmless its transfer agent in the issuance of the shares; and further

RESOLVED, that all actions of any kind heretofore taken by the directors or any of the executive officers of the Corporation in connection with the foregoing resolutions be, and they hereby are, ratified, confirmed and approved in all respects.