EXHIBIT C



Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
WY Secretary of State
FILED: Apr 27 2020  4:25PM
Original ID: 2020-000913320

# Profit Corporation
# Articles of Incorporation

**I.** **The name of the profit corporation is:**
American Diversified Holdings Corporation

**II.** **The name and physical address of the registered agent of the profit corporation is:**
LEGALINC CORPORATE SERVICES INC.
5830 E 2nd St Ste 8
Casper, WY 82609

**III.** **The mailing address of the profit corporation is:**
PO Box 2568
Del Mar, CA 92014

**IV.** **The principal office address of the profit corporation is:**
122 15th Street #2568
Del Mar, CA 92014

**V.** **The number, par value, and class of shares the profit corporation corporation will have the authority to issue are:**

| | | | |
|---|---|---|---|
| Number of Common Shares: | 1,000,000,000 | Common Par Value: | $0.0000 |
| Number of Preferred Shares: | 0 | Preferred Par Value: | $0.0000 |

**VI.** **The name and address of each incorporator is as follows:**
Ernest B. Remo
PO Box 2568, Del Mar, CA 92014

Signature: *Ernest B. Remo*     Date: 04/27/2020

Print Name: **Ernest B. Remo**

Title: **Incorporator**

Email: **ernestremo@san.rr.com**

Daytime Phone #: **(858) 405-7168**



☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: Ernest B. Remo

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual    ☐ An Organization

### Filer Information:
By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.

| | | |
|---|---|---|
| **Signature:** | *Ernest B. Remo* | **Date:** 04/27/2020 |
| Print Name: | **Ernest B. Remo** | |
| Title: | **Incorporator** | |
| Email: | **ernestremo@san.rr.com** | |
| Daytime Phone #: | **(858) 405-7168** | |



# Consent to Appointment by Registered Agent

**LEGALINC CORPORATE SERVICES INC.**, whose registered office is located at **5830 E 2nd St Ste 8, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **American Diversified Holdings Corporation** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| Signature: | *Ernest B. Remo* | Date: 04/27/2020 |
| Print Name: | Ernest B. Remo | |
| Title: | Incorporator | |
| Email: | ernestremo@san.rr.com | |
| Daytime Phone #: | (858) 405-7168 | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF INCORPORATION

**American Diversified Holdings Corporation**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **27th** day of **April, 2020** at **4:25 PM.**

Remainder intentionally left blank.

Secretary of State

Filed Date: 04/27/2020

Filed Online By:
Ernest B. Remo
on 04/27/2020