UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAVEENE CORP.,

                                                          Case No. 1:21-00399-LGS

                      Plaintiff,

   -against-

ERNEST B. REMO, AMERICAN DIVERSIFIED
HOLDINGS CORP., ACTION STOCK TRANSFER
CORP., and OTC MARKETS GROUP INC.,

                      Defendants.
------------------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Anthony D. Green (AG 0227) hereby appears in this action as attorney for Defendant Action Stock Transfer Corp. Please serve all notices and other papers in this action upon the undersigned.

Dated:  March 29, 2021                        WINGET, SPADAFORA
          New York, New York                       &SCHWARTZBERG, LLP

                                                     */s/ Anthony D. Green*
                                                     Anthony D. Green, Esq. (AG 0227)
                                                   45 Broadway, 32nd Floor
                                                   New York, NY 10006
                                                   Tel: (212) 221-6900
                                                   Fax: (212) 221-6989
                                                   green.a@wssllp.com
                                                   *Attorneys for Defendant Action*
                                                   *Stock Transfer Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on March 26, 2021.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

Dated: March 26, 2021
New York, New York

*/s/ Anthony D. Green*
Anthony D. Green (AG 0227)