UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                      :
SAVEENE CORP.,                                        :
                               Plaintiff,             :
                                                      :          21 Civ. 399 (LGS)
              -against-                               :
                                                      :             ORDER
ERNEST B. REMO et al.,                                :
                                                      :
                               Defendants.  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, Defendant Action Stock Transfer Corp. ("AST") has filed a pre-motion letter

concerning a motion to dismiss the Complaint's claims for tortious interference with prospective

business relations, breach of fiduciary duty and negligence (Dkt. No. 26).  Plaintiff opposes (Dkt.

No. 30).  It is hereby

 **ORDERED** that by **May 18, 2021**, AST shall file its motion to dismiss.  By **June 8,**

**2021**, Plaintiff shall file any opposition.  By **June 18, 2021**, AST shall file any reply.  All

submissions shall be per the Individual Rules.

Dated: April 27, 2021
 New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE