```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SAVEENE CORP.,                                               :
                                        Plaintiff,           :
                                                             :      21 Civ. 399 (LGS)
                -against-                                    :
                                                             :          ORDER
ERNEST B. REMO et al.,                                       :
                                                             :
                                        Defendants.          :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 19, 2021, directed Plaintiff to serve Defendants Ernest B. Remo and American Diversified Holdings Corps and file proof of service by April 26, 2021.

WHEREAS, Plaintiff has not filed such proof of service. It is hereby

**ORDERED** that as soon as possible, and no later than **May 3, 2021, at noon**, Plaintiff shall file a letter summarizing its efforts to effect service.

Plaintiff is reminded that non-compliance with Court-ordered deadlines is not optional. Further non-compliance may result in sanctions or prejudice.

Dated: April 30, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**