UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SAVEENE CORP.,                                               :
                                    Plaintiff,               :
                                                             :      21 Civ. 399 (LGS)
            -against-                                        :
                                                             :      ORDER
ERNEST REMO et al.,                                          :
                                                             :
                                    Defendants.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for May 20, 2021, at 11:00 a.m. (Dkt. No. 36).

WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan by May 13, 2021.  It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on May 17, 2021**.  If Defendants refuse to cooperate in the preparation of these documents, <u>Plaintiff shall prepare and file them</u>.  If Plaintiff is not in communication with Defendants, as soon as possible and no later than **noon on May 17, 2021**, Plaintiff shall file a letter (i) summarizing his efforts to contact Defendants and (ii) requesting adjournment of the initial pretrial conference.

Dated: May 14, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**