UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SAVEENE CORP.,
                              Plaintiff,

              -against-

ERNEST REMO et al.,

                            Defendants.
------------------------------------------------------------X

21 Civ. 399 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants Action Stock Transfer Corp. ("AST") and OTC Markets Group, Inc. ("OTC") seek a motion to dismiss briefing extension, which Plaintiff does not oppose (Dkt. Nos. 41, 42). It is hereby

**ORDERED** that by **June 18, 2021**, AST and OTC shall file their motions to dismiss. By **July 9, 2021**, Plaintiff shall file any oppositions. By **July 16, 2021**, AST and OTC shall file any replies. No further extensions will be granted absent extraordinary circumstances.

Dated: May 19, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**