UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAVEENE CORP.,

                    Plaintiff,

            -against-

ERNEST REMO et al.,

                   Defendants.
-------------------------------------------------------------X

21 Civ. 399 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pre-trial conference in this matter is scheduled for June 3, 2021, at 11:00 a.m. (Dkt. No. 40).

    WHEREAS, the Order, dated May 18, 2021 (Dkt. No. 40), stated, "[n]ow that all parties have been served, they shall jointly prepare an updated case management plan and preconference letter and submit those items to the Court by May 27, 2021."

    WHEREAS, the parties have not filed their pre-conference materials. It is hereby

    **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on May 31, 2021**. The parties shall explain why they have been unable to comply with the Court's deadlines. If Defendants refuse to cooperate in the preparation of these documents, <u>Plaintiff shall prepare and file them</u>. If Plaintiff is not in communication with Defendants, as soon as possible and no later than **noon on May 31, 2021**, Plaintiff shall file a letter (i) summarizing his efforts to contact Defendants and (ii) requesting adjournment of the initial pretrial conference.

    Further noncompliance with Court-ordered deadlines may result in sanctions or prejudice, including dismissal for failure to prosecute.

Dated: May 28, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**