UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :

SAVEENE CORP.,                         :
                           Plaintiff,      :
                                                  :           21 Civ. 399 (LGS)
                 -against-                       :
                                                  :                ORDER

ERNEST REMO et al.,                   :
                                                  :
                              Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, pursuant to the June 1, 2021, Civil Case Management Plan and Scheduling Order (Dkt. No. 53), the parties were required to submit a joint status letter per Individual Rule IV.A.2 by August 2, 2021.

        WHEREAS, the parties have not submitted that letter.  It is hereby

        **ORDERED** that by **August 10, 2021**, the parties shall submit a joint status letter per Individual Rule IV.A.2.

Dated:  August 5, 2021
           New York, New York