UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAVEENE CORP.,
                            Plaintiff,           21 Civ. 00399 (LGS)

-against-                        ORDER

ERNEST REMO et al.,
                           Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff submitted a letter on September 20, 2021, requesting to extend the deadline for all fact discovery from October 1, 2021, to November 15, 2021.

      WHEREAS, Defendant Ernest Remo submitted a letter in response, stating that the Defendants agreed to extend fact discovery for the limited purpose of allowing the completion of depositions.  It is hereby

      **ORDERED** that the parties shall file a joint letter by **September 24, 2021**, describing any remaining fact discovery that is not expected to be completed by October 1, 2021, including a confirmed schedule for remaining depositions, which identifies each deponent and their role.

Dated: September 21, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**