```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
SAVEENE CORP.,                                :
                              Plaintiff,      :     21 Civ. 399 (LGS)
                                              :
            -against-                         :     ORDER
                                              :
ERNEST REMO et al.,                           :
                              Defendants.     :
                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Opinion & Order, dated October 14, 2021, dismissed all claims against Defendants OTC Markets Group Inc. ("OTC") and Action Stock Transfer Corp.

WHEREAS, pursuant to 28 U.S.C. § 1404(a), "for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." In determining whether transfer would be appropriate, courts look to the following factors: (1) the convenience of witnesses; (2) the convenience of the parties; (3) the locus of operative facts; (4) the availability of process to compel the attendance of unwilling witnesses; (5) the location of relevant documents and the relative ease of access to sources of proof; (6) the relative means of the parties; (7) the forum's familiarity with the governing law; (8) the weight accorded to plaintiff's choice of forum; (9) trial efficiency; and (10) the interest of justice, based on the totality of the circumstances. *Keitt v. N.Y. City*, 882 F. Sup. 2d 412, 459-60 (S.D.N.Y. 2011); *see also N.Y. Marine and Gen. Ins. Co. v. LaFarge No. Am., Inc.*, 599 F.3d 102, 112 (2d Cir. 2010) (setting forth similar factors). It is hereby

**ORDERED** that the parties shall show cause, in writing, by **October 28, 2021**, why the remaining claims should not be transferred to the United States District Court for the Southern District of California. The parties shall file separate letters stating whether the action should be transferred and analyzing the factors set forth above.

Dated: October 14, 2021
      New York, New York

                                               **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**