UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SAVEENE CORP.,                                              :
                                      Plaintiff,            :
                                                            :    21 Civ. 399 (LGS)
              -against-                                     :
                                                            :    ORDER
ERNSET REMO, et al.,                                        :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the June 1, 2021, Civil Case Management Plan and Scheduling Order (Dkt. No. 53), the parties were required to submit a joint status letter per Individual Rule IV.A.2 by October 15, 2021.

WHEREAS, the parties have not submitted any letter.  It is hereby

**ORDERED** that by **October 22, 2021**, the parties shall submit a joint status letter per Individual Rule IV.A.2.

Dated: October 18, 2021
       New York, New York

                                                   _____
                                                   **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**