UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAVEENE CORP.,
                            Plaintiff,

               -against-

ERNEST REMO et al.,
                            Defendants.
------------------------------------------------------------X

21 Civ. 399 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on September 28, 2021, the Court extended fact discovery for the limited purpose of taking Defendant Ernest Remo's deposition, on or before October 29, 2021 (Dkt. No. 88).

    WHEREAS, all fact discovery was otherwise to be completed by October 1, 2021, per the June 1, 2021, Civil Case Management Plan and Scheduling Order (Dkt. No. 53).

    WHEREAS, the parties submitted a joint status letter on October 22, 2021, stating that Remo's deposition will be taken after the completion of earlier-noticed depositions. It is hereby

    **ORDERED** that any deposition of Remo shall be completed on or before October 29, 2021, per the Court's September 28, 2021 Order. Pursuant to the October 1, 2021, fact discovery deadline, no other fact witness depositions may proceed.

Dated: October 25, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE